THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Jimmy Edward Gandy, Petitioner,
v.
State of South Carolina, Respondent.
 
 
 

Appeal From Florence County
Casey Manning, Circuit Court Judge
 James E. Brogdon, Jr., Post Conviction Relief Judge

Memorandum Opinion No.  2006-MO-040
Submitted November 14, 2006  Filed November 20, 2006

AFFIRMED

 
 
 
Deputy Chief Attorney Wanda H. Carter, S.C. Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Petitioner.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Julie M. Thames, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari from the denial of his application for post-conviction relief (PCR).  We deny Questions II, III, and IV.
Because there is sufficient evidence to support the PCR judges finding that petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant certiorari on Question I and proceed with a review of the direct appeal issue pursuant to Davis v. State, 288 S.C. 290, 342 S.E.2d 60 (1986).
Petitioners conviction and sentence are affirmed pursuant to Rule 220(b)(1), SCACR, and the following authority: Boykin v. Alabama, 395 U.S. 238, 89 S.Ct. 1709, 23 L.Ed.2d 274 (1969).
AFFIRMED.
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.